

**IT IS ORDERED as set forth below:**

**Date: May 13, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-61102-BEM |
| | ) | |
| JACK DEAN DEWEESE, JR., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER GRANTING TRUSTEE'S MOTION FOR FEDERAL
BANKRUPTCY RULE 2004 EXAMINATION OF JENNIFER JONES DEWEESE

The motion of Jordan E. Lubin, Chapter 7 Trustee ("Movant") for an order authorizing the examination of Jennifer Jones DeWeese pursuant to Rule 2004 having been read and considered, it is

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance with Fed. R. Bankr. R. 2004(b) at a mutually agreed time and place. If attendance cannot be obtained voluntarily, Movant may compel attendance as provided in Fed. R. Bankr. P. 2004(c).

**IT IS FURTHER ORDERED** that Movant Trustee is hereby authorized to pay a witness

15363602v1

fees and mileage in connection with the service of any subpoena, a reasonable court reporting fee and any other actual and necessary expenses incurred in connection with the examination.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY LLP

*/s/ Neil C. Gordon*
Neil C. Gordon,
GA Bar No. 302387
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031
Phone (404) 873-8596/ Fax (404) 873-8501
neil.gordon@agg.com
Attorneys for Chapter 7 Trustee

15363602v1

## DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

William A. Rountree
Rountree Leitman & Klein, LLC
Century Plaza I, Suite 175
2987 Clairmont Road
Atlanta, GA 30329

Jordan E. Lubin
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Jack Dean DeWeese
1735 Buford Highway
Suite 215-262
Cumming, GA 30041

Jennifer Jones DeWeese
5805 State Bridge Road #G443
Johns Creek, GA 30097-8220

Jennifer Jones DeWeese
5805 State Bridge Road
Suite G
Duluth, GA 30097-6477

15363602v1